

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2018

No. 04-17-00619-CR

Alonzo **WHITTINGTON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1009
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **March 6, 2018**. No further extensions will be granted.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court